[No. 16581-3-II.    Division Two.    July 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
BUHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 313629R010, Frederick B. Hayes, J., entered
September 29, 1992. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan, C.J., and
Houghton, J.

[No. 16816-2-II.    Division Two.    July 14, 1994.]

*In the Matter of* JOHN GAVAO.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 92-8-01493-2, Leonard Costello, J., entered De-
cember 24, 1992. *Reversed* and *dismissed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Seinfeld,
A.C.J., and Houghton, J.

[No. 15576-1-II.    Division Two.    July 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
ALLEN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Skama-
nia County, No. 91-1-00063-6, Ted Kolbaba, J., entered De-
cember 12, 1991. *Affirmed* by unpublished opinion per Alex-
ander, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 15724-1-II.    Division Two.    July 15, 1994.]

GEORGE PHILLIPS, ET AL, *Respondents*, v. ELVIS D.
MACK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-00502-5, Arthur W. Verharen, J., entered
January 10, 1992. *Affirmed* by unpublished opinion per
Morgan, C.J., concurred in by Alexander and Houghton, JJ.